1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GVM, INC., a Pennsylvania corporation d/b/a Snow Equipment Company,<br><br>                    Plaintiff,<br><br>        v.<br><br>ZYDAX, LLC, a Washington limited liability company; DALE G. KEEP, a natural person; and LANCE T. DOYLE, a natural person,<br><br>                    Defendants. | NO:  CV-09-5096-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE the Court is the parties' Stipulation of Dismissal Pursuant to

F.R.C.P. 41(a)(1)(A)(ii) (Ct. Rec. 29).  Having reviewed said stipulation and the

file and pleadings therein, the Court deems itself otherwise fully advised in the

premises.  Accordingly,

/ / /

/ / /

/ / /

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal (**Ct. Rec. 29** is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed without prejudice and without costs, fees, or expenses to any party.

2.  All pending motions, if any, are **DENIED AS MOOT**.

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 9th day of February, 2011.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2